DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
BRIAN ATON (Bar No. 339266)
baton@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:    916.444.2100

Attorneys for the appellant Bank of Stockton

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Stockton Golf and Country Club,<br><br>　　　　Debtor.<br><br>Bank of Stockton,<br><br>　　　　Appellant,<br><br>　　v.<br><br>Stockton Golf and Country Club,<br><br>　　　　Appellee. | District Court Case No. 2:23-cv-01030-TLN<br><br>Bankruptcy Case No. 22-22585-B-11<br><br>**ORDER APPROVING STIPULATION** |

**ORDER**

The Court, having reviewed the Stipulation to Stay Deadlines, filed June 29, 2023, and good cause appearing, HEREBY ORDERS that the Stipulation To Stay Deadlines is APPROVED.

Dated: June 30, 2023

_____
Hon. Troy L. Nunley

1870005v1

ORDER APPROVING STIPULATION