DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
BRIAN ATON (Bar No. 339266)
baton@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:     916.444.2100

Attorneys for the appellant Bank of Stockton

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Stockton Golf and Country Club,<br><br>    Debtor.<br><br>Bank of Stockton,<br><br>    Appellant,<br><br>    v.<br><br>Stockton Golf and Country Club,<br><br>    Appellee. | District Court Case No. 2:23-cv-01030-TLN<br><br>Bankruptcy Case No. 22-22585-B-11<br><br>**ORDER APPROVING STIPULATION** |

**ORDER**

The Court, having reviewed the Stipulated Dismissal of Appeal, filed September 25, 2023, and good cause appearing, HEREBY ORDERS that the Stipulated Dismissal of Appeal is APPROVED.

Dated:  September 25, 2023

_____
Troy L. Nunley
United States District Judge